## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
ECKBLADE, RICHARD W § Case No. 14-17016
§
Debtor(s) §

### NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        United States Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago   IL   60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
        10:30 a.m.
        on Friday, June 19, 2015
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg,  Successor  Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ECKBLADE, RICHARD W § Case No. 14-17016
§
Debtor(s) §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 60,000.00 |
| and approved disbursements of | $ | 51.78 |
| leaving a balance on hand of[1] | $ | 59,948.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 2,420.00 | $ 0.00 | $ 2,420.00 |
| Charges: U.S. Bankruptcy Court | $ 306.00 | $ 0.00 | $ 306.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 8,976.00 |
| Remaining Balance | | | $ 50,972.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 2,454,174.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | MB Financial Bank N A | $ 2,454,174.82 | $ 0.00 | $ 50,972.22 |
| | Total to be paid to tardy general unsecured creditors | | $ | 50,972.22 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Richard W Eckblade  
    Debtor

Case No. 14-17016-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: rgreen              Page 1 of 1        Date Rcvd: May 22, 2015
                      Form ID: pdf002          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2015.
```
db            +Richard W Eckblade,    132 N Water St,    Unit 401,    Batavia, IL 60510-2696
21892306      +MB Financial,    800 W. Madison St.,    Chicago, IL 60607-2683
22875156      +MB Financial Bank,    c/o Collins Law Firm,    1770 Park Street, Suite 200,
                Naperville, IL 60563-1245
21892307       MB Financial Bank N A,    Robert L. Dawidiuk,    Colins Law Firm,    770 N Park Street, Suite 200,
                Naperville, IL 60563
21892308      +Sandra Eckblade,    132 N Water Street,    Unit 401,    Batavia, IL 60510-2696
21892314       The Collins Law Firm,    770 N Park Street,    Suite 200,    Naperville, IL 60563
21892315     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    c/o Cons Bkg Loans/line CVRB5,    PO Box 790179,
                Saint Louis, MO 63179-0179)
21892316       Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21892309      +E-mail/Text: mtrier@sbgeneva.com May 23 2015 00:38:06     State Bank of Geneva,
                22 South Fourth Street,    Geneva, IL 60134-2140
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21892313*     +State Bank of Geneva,    22 South Fourth Street,    Geneva, IL 60134-2140
21892310*     +State Bank of Geneva,    22 South Fourth Street,    Geneva, IL 60134-2140
21892311*     +State Bank of Geneva,    22 South Fourth Street,    Geneva, IL 60134-2140
21892312*     +State Bank of Geneva,    22 South Fourth Street,    Geneva, IL 60134-2140
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2015 at the address(es) listed below:
```
              Elizabeth C Berg    on behalf of Successor Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Attorney   Baldi Berg, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Joseph R Voiland    on behalf of Plaintiff Joseph  Voiland jrvoiland@sbcglobal.net
              Julia D Loper    on behalf of Successor Trustee Elizabeth C Berg jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Debtor Richard W Eckblade rlarsen@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
                                                                                             TOTAL: 7
```