UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
ECKBLADE, RICHARD W                   §     Case No. 14-17016
                                      §
                                      §
            Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 572,974.00               Assets Exempt: 1,734,853.70
*(Without deducting any secured claims)*

Total Distributions to Claimants: 50,972.22     Claims Discharged
                                                Without Payment: 4,857,377.40

Total Expenses of Administration: 9,027.78

---

3) Total gross receipts of $ 60,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 60,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 9,643,985.49 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,027.78 | 9,027.78 | 9,027.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,454,174.80 | 2,454,174.82 | 2,454,174.82 | 50,972.22 |
| **TOTAL DISBURSEMENTS** | $ 12,098,160.29 | $ 2,463,202.60 | $ 2,463,202.60 | $ 60,000.00 |

4) This case was originally filed under chapter 7 on 05/05/2014 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2015                By:/s/Elizabeth C. Berg, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 111 Franklin Batavia, IL | 1129-000 | 41,000.00 |
| Cash | 1129-000 | 220.00 |
| Old Second Bank Money Fund | 1129-000 | 525.00 |
| TDAmeritrace Checking Savings Investment Account | 1129-000 | 435.00 |
| 2002 Chevy Express Van | 1129-000 | 1,860.00 |
| 2007 Chevrolet Colorado Regular Cab 37,000 miles | 1129-000 | 4,140.00 |
| Fradulent Transfer | 1129-000 | 5,000.00 |
| Rents | 1129-000 | 6,820.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Bank of Geneva 22 South Fourth Street Geneva, IL 60134 | | 1,833,374.00 | NA | NA | 0.00 |
| | State Bank of Geneva 22 South Fourth Street Geneva, IL 60134 | | 1,833,374.00 | NA | NA | 0.00 |
| | State Bank of Geneva 22 South Fourth Street Geneva, IL 60134 | | 1,883,374.00 | NA | NA | 0.00 |
| | State Bank of Geneva 22 South Fourth Street Geneva, IL 60134 | | 1,833,374.00 | NA | NA | 0.00 |
| | State Bank of Geneva 22 South Fourth Street Geneva, IL 60134 | | 1,833,374.00 | NA | NA | 0.00 |
| | US Bank c/o Cons Bkg Loans/line CVRB5 PO Box 790179 Saint Louis, MO 63179-0179 | | 311,851.99 | NA | NA | 0.00 |
| | Wells Fargo PO Box 14411 Des Moines, IA 50306-3411 | | 115,263.50 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 9,643,985.49 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 6,250.00 | 6,250.00 | 6,250.00 |
| Associated Bank | 2600-000 | NA | 51.78 | 51.78 | 51.78 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 306.00 | 306.00 | 306.00 |
| BALDI BERG | 3110-000 | NA | 2,420.00 | 2,420.00 | 2,420.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,027.78 | $ 9,027.78 | $ 9,027.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 2,454,174.80 | NA | NA | 0.00 |
| | Robert L. Dawidiuk Colins Law Firm 770 N Park Street, Suite 200 Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |
| 000001 | MB FINANCIAL BANK N A | 7200-000 | NA | 2,454,174.82 | 2,454,174.82 | 50,972.22 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 2,454,174.80** | **$ 2,454,174.82** | **$ 2,454,174.82** | **$ 50,972.22** |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-17016 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | ECKBLADE, RICHARD W | | | Date Filed (f) or Converted (c): | 05/05/14 (f) |
| | | | | 341(a) Meeting Date: | 06/09/14 |
| For Period Ending: | 07/14/15 | | | Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condo Unit 132 N Water Street Unit 401 Batavia, IL | 289,700.00 | 0.00 | | 0.00 | FA |
| 2. 418 Prairie Street Batavia, IL 50% Interest | 158,590.00 | 0.00 | OA | 0.00 | FA |
| Trustee compelled to abandon property pursuant to order 1/9/15 | | | | | |
| 3. 551 Washington Batavia, IL 50% Interest | 147,600.00 | 0.00 | OA | 0.00 | FA |
| Trustee compelled to abandon property pursuant to order 1/9/15 | | | | | |
| 4. 129 Fayette Batavia, IL 50% Interest | 147,600.00 | 0.00 | OA | 0.00 | FA |
| Trustee compelled to abandon property pursuant to order 1/9/15 | | | | | |
| 5. 541 Washington Batavia, IL | 65,867.00 | 0.00 | | 0.00 | FA |
| Trustee compelled to abandon property pursuant to order 1/9/15 | | | | | |
| 6. 543 Washington Batavia, IL | 65,867.00 | 0.00 | OA | 0.00 | FA |
| Trustee compelled to abandon property pursuant to order 1/9/15 | | | | | |
| 7. 111 Franklin Batavia, IL | 167,000.00 | 51,736.50 | | 41,000.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. Cash | 220.00 | 220.00 | | 220.00 | FA |
| 10. Old Second Bank Checking | 1,522.07 | 0.00 | | 0.00 | FA |
| 11. Old Second Bank Money Fund | 525.18 | 525.18 | | 525.00 | FA |
| 12. TDAmeritrace Checking Savings Investment Account | 2,915.39 | 437.46 | | 435.00 | FA |
| 13. Misc household goods and items 5-10 years old | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14. Used clothing | 500.00 | 500.00 | | 0.00 | FA |
| 15. Sports, Hobby Equip, Firearms | 450.00 | 450.00 | | 0.00 | FA |
| 16. Prudential life insurance | 7,596.90 | 0.00 | | 0.00 | FA |
| 17. Country Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 18. IRA Richard W. Eckblade | 883,844.80 | 0.00 | | 0.00 | FA |
| 19. Roth IRA Richard W. Eckblade | 532,312.00 | 0.00 | | 0.00 | FA |
| 20. S.D.& B ENTERPISES, INC. 25% Ownership 201 Houston | 0.00 | 0.00 | | 0.00 | FA |
| Mortgage balance exceeds value of real estate as to corporation therefore | | | | | |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-17016 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ECKBLADE, RICHARD W | | | Date Filed (f) or Converted (c): | 05/05/14 (f) |
| | | | | 341(a) Meeting Date: | 06/09/14 |
| | | | | Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| debtor's interest has no value. | | | | | |
| 21. S.D.&A ENTERPRISES, INC. 25% ownership 24 N. Batav | 0.00 | 0.00 | | 0.00 | FA |
| Mortgage balance exceeds value of real estate as to corporation therefore debtor's interest has no value. | | | | | |
| 22. S.D&P ASSOCIATES, INC | 0.00 | 0.00 | | 0.00 | FA |
| Mortgage balance exceeds value of real estate as to corporation therefore debtor's interest has no value. | | | | | |
| 23. S.D&G ASSOCIATES, INC.25% ownership | 0.00 | 0.00 | | 0.00 | FA |
| Mortgage balance exceeds value of real estate as to corporation therefore debtor's interest has no value. | | | | | |
| 24. Account receivable | 0.00 | 0.00 | | 0.00 | FA |
| owed note receivable from SD&B Enterprises in amount $23,463.17; corporation is insolvent and amount is not collectable. | | | | | |
| 25. Account receivable | 0.00 | 0.00 | | 0.00 | FA |
| note receivable totaling $54,386.34 from SD&A Enterprises, Inc., corporation is insolvent and amount is not collectable. | | | | | |
| 26. 2002 Chevy Express Van | 2,500.00 | 2,500.00 | | 1,860.00 | FA |
| 27. 2007 Chevrolet Colorado Regular Cab 37,000 miles | 7,900.00 | 5,500.00 | | 4,140.00 | FA |
| 28. Fradulent Transfer (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| Fradulent Transfer Claims against Debtor's Wife | | | | | |
| 29. Rents (u) | 0.00 | 6,820.00 | | 6,820.00 | FA |
| Rental Income proceeds from various Land Trust properties | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $2,484,010.34 | $75,189.14 | $60,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-17016    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | ECKBLADE, RICHARD W | Date Filed (f) or Converted (c): | 05/05/14 (f) |
| | | 341(a) Meeting Date: | 06/09/14 |
| | | Claims Bar Date: | 10/07/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee appointed in November 2014. Prior trustee had filed an adversary proceeding against the Debtor's spouse alleging fraudulent transfers approximately one month before his resignation. The adversary remained pending upon Successor Trustee's appointment. Successor Trustee investigated the Debtor's assets and financial affairs as well as the claims asserted in the prior trustee's adversary. Successor Trustee negotiated with the Debtor for a global settlement of the Estate's claims for equity in various assets and the alleged fraudulent transfers. Pursuant to this Court's order dated February 20, 2015, the Successor Trustee settled with the Debtor of all estate claims, including the alleged fraudulent transfers claimed in the Adversary.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-17016 -DRC |
| Case Name: | ECKBLADE, RICHARD W |
| Taxpayer ID No: | *******8955 |
| For Period Ending: | 07/14/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6401 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/15 | * NOTE * | SANDRA J ECKBLADE TRUSTEE<br>132 N. WATER STREET, UNIT 401<br>BATAVIA, IL 60510 | SETTLEMENT - VARIOUS ASSETS<br>* NOTE * Properties 7, 9, 11, 12, 26, 27, 28, 29 | 1129-000 | 60,000.00 | | 60,000.00 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 51.78 | 59,948.22 |
| 06/30/15 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 6,250.00 | 53,698.22 |
| 06/30/15 | 001002 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 306.00 | 53,392.22 |
| 06/30/15 | 001003 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 2,420.00 | 50,972.22 |
| 06/30/15 | 001004 | MB Financial Bank N A<br>Robert L. Dawidiuk<br>Colins Law Firm<br>770 N Park Street, Suite 200<br>Naperville, IL 60563 | Claim 000001, Payment 2.08% | 7200-000 | | 50,972.22 | 0.00 |

Page Subtotals  60,000.00  60,000.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-17016 -DRC |
| Case Name: | ECKBLADE, RICHARD W |
| Taxpayer ID No: | *******8955 |
| For Period Ending: | 07/14/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6401  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 60,000.00 | 60,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 60,000.00 | 60,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 60,000.00 | 60,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *******6401 | | 60,000.00 | 60,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 60,000.00 | 60,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*